HARLEE-MITCHELL CAMP CORP. et al., Appellants, v. GRANITE LAKE CAMP, INC., et al., Respondents. (Action No. 1.) STEPHEN R. J. ROACH, JR., as Agent for Granite Lake Camp, Inc., Respondent, v. HARLEE-MITCHELL CAMP CORP. et al., Appellants. (Proceeding No. 2.)—

Rabin, Acting P. J., Hopkins, Munder, Martuscello and Brennan, JJ., concur.